To: Judge Edward Chen

FILED

Fm: Plaintiff = You, wenmei Sun, Hongzhi;
2008 FEB 4 PM 12:20
3700 Cabrillo St. no 4
San Francisco, CA 94121

Reg: CV-07 #8668  6338

Date: 2/1/08

Your Honorable Judge Chen:

We just realized through your letter saying we filed in wrong court and you have no subject matter jurisdiction because both parties are from same state of California.

So we have filed in the wrong court. But nobody told us when they accepted the filing of the new case.

We worried now that the time limit of suing has passed. Shall we ask you write a letter prove that we did file before due date. And because we have no Lawyer helped us and was wrongly informed to file in Federal court instead of California Superior Court.

Thus, we don't loose our legal right to go on the litigation? We believe, for even though we don't have an attorny, we should still have equal rights and access to justice. Thanks!