Wenmei You
3700 Cabrillo Street, 104
San Francisco, CA 94121
(415) 751-7807

Hongzhi Sun
3700 Cabrillo Street, 104
San Francisco, CA 94121
(415) 751-7807

Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WENMEI YOU and HONGZHI SUN ) | |
| ) | Case No: CV 07 6338 EMC |
| Plaintiffs, ) | |
| ) | **Motion For Equitable Tolling** |
| vs. ) | to Superior Court of California |
| ) | at San Francisco |
| JAMES W. OSTROFF does 1-50 and ) | |
| UNIVERSITY OF CALIFORNIA AT ) | |
| SAN FRANCISCO, MEDICAL CENTER ) | |
| ) | |
| Defendants, ) | |

1. **Plaintiffs, You, Wenmei and Sun, Hongzhi, respectively request the Federal Court for equitable rolling of this wrongly filed case to the correct court of Superior Court of California at County of San Francisco. (case No: CGC-08-471395)**

2. **Plaintiffs were noticed by the Federal Court for lacking of subject matter on 2/7/2008 of formal dismissal.   Plaintiffs then filed same complaint in the Superior Court of California at County of San Francisco on 1/25/2008.**

3. **Due to plaintiffs are self represented, please allow this tolling.**

-1-