UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WEN-MEI YOU, *et al.*,

        Plaintiffs,

    v.

JAMES W. OSTROFF, *et al.*,

        Defendants.
_____/

No. C-07-6338 EMC

**ORDER RE PLAINTIFFS' MOTION FOR EQUITABLE TOLLING**

**(Docket No. 7)**

        Previously, the Court issued an order granting Plaintiffs Wen-Mei You and Hongzhi Sun's application to proceed in forma pauperis but dismissing their complaint without prejudice. The Court concluded that dismissal was appropriate because, based on the allegations in the complaint, Plaintiffs alleged only state law claims but there was a lack of complete diversity among the parties. The Court gave Plaintiffs thirty days to file an amended complaint or the case would be dismissed with prejudice. *See* Docket No. 4. Plaintiffs never filed an amended complaint.

        Subsequently, Plaintiffs sent a letter to the Court (dated February 1 and filed February 4, 2008), stating that "[w]e [are] worried now that the time limit of suing as passed" and asking the Court to "write a letter [to] prove that we did file before [the] due date" so that "we don't loose [sic] our legal right to go on [with] the litigation." Docket No. 5. The Court denied Plaintiffs' request because it did not have subject matter jurisdiction over the case. *See* Docket No. 6 ("Because it is without jurisdiction, this Court cannot decree whether the statute of limitations might ban a suit filed in state court. That would be for the state court to decide.").

1  Now, Plaintiffs have filed a motion before this Court asking for equitable tolling. As the
2  Court stated in its previous order, it cannot provide Plaintiffs with any relief because it does not have
3  subject matter jurisdiction over the action. Plaintiffs appear to have filed a lawsuit in state court
4  concerning the same claims. The issue of whether equitable tolling applies is to be decided by the
5  state court and not this Court.
6  This order disposes of Docket No. 7.

8  IT IS SO ORDERED.

10  Dated: April 3, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEN-MEI YOU, *et al.*, | No. C-07-6338 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| JAMES W. OSTROFF, *et al.*, | |
| Defendants. | |
| _____/ | |

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Hongzhi Sun
3700 Cabrillo Street, 104
San Francisco, CA 94121

Wenmei You
3700 Cabrillo Street, 104
San Francisco, CA 94121

Dated:  April 3, 2008      RICHARD W. WIEKING, CLERK

By: _____/s/_____
    Leni Doyle
    Deputy Clerk